1  ROBERT L. FORKNER (CSB# 166097)
   Law Offices of Robert L. Forkner
2  722 Thirteenth Street
   Modesto, California 95354
3  Telephone:  (209) 544-0200
   Fax:        (209) 544-1860
4

5  Attorney for Defendant
   HUGO GRENADOS GARCIA
6

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )  CASE NO. 1:08-CR-86
                                )
12        Plaintiffs,            )  STIPULATION AND PROPOSED ORDER
                                )  TO CONTINUE STATUS HEARING
13 vs.                          )  FOR DEFENDANT
                                )
14                              )
   HUGO GRENADOS GARCIA,        )
15                              )
          Defendants.           )
16 _____)

17      IT IS HEREBY STIPULATED by and between defendant HUGO

18 GRENADOS GARCIA, through his attorney, ROBERT L. FORKNER,

19 and plaintiff United States of America, through its counsel

20 of record, Assistant United States Attorney ELANA LANDAU,

21 hereby stipulate and request the following:

22      1.   The presently scheduled status hearing date of

23 November 10, 2008, at 9:00 a.m., in court room 2 before the

24 HONORABLE ANTHONY W. ISHII shall be moved to November 24th,

25 2008 at 9:00 a.m.

26      2.   The defense has requested the continuance in order

27

28                              1

to permit a complete review of the files with the defendant, which is needed to be completed before further scheduling of this case.

    3.  The parties further request that time be excluded to and through that date in order to allow the defense to adequately prepare for the hearing in this case, in that the ends of justice served by a continuance "outweigh the best interests of the public and the defendant in a speedy trial."  See 18 U.S.C. § 3161(h)(8).

DATED: November 5, 2008    /s/ ROBERT L. FORKNER
                                      Attorney for Defendant
                                      HUGO GRENADOS GARCIA

DATED: November 5, 2008    /s/ ELANA LANDAU
                                      Assistant US Attorney
                                      ELANA SHARON LANDAU

## ORDER

    IT IS HEREBY ORDERED that the status hearing be continued to November 24, 2008, at 9:00 a.m., in court room 2 for the defendant HUGO GRENADOS GARCIA. That the time period between November 10 and November 24, 2008 be excluded from the Speedy Trial Clock as the Court finds that the ends of justice served by a continuance "outweigh the best interests of the public and the defendant in a speedy trial." See 18 U.S.C. § 3161(h)(8).

1    **IT FURTHER APPEARING** that the continuance would permit
2 the defense to conduct necessary investigation and adequate
3 preparation for the hearing in this case.

5 IT IS SO ORDERED.

6 **Dated:   November 6, 2008**              /s/ Anthony W. Ishii
                                       CHIEF UNITED STATES DISTRICT JUDGE

3