```
 1  ROBERT L. FORKNER (CSB# 166097)
    Law Offices of Robert L. Forkner
 2  722 Thirteenth Street
    Modesto, California 95354
 3  Telephone:  (209) 544-0200
    Fax:        (209) 544-1860
 4

 5  Attorney for Defendant
    HUGO GRENADOS GRACIA
 6

 7

 8                    UNITED STATES DISTRICT COURT

 9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,   )  CASE NO. 1:08-CR-86 AWI
                                )
12        Plaintiffs,           )  STIPULATION AND ORDER
                                )  TO CONTINUE STATUS HEARING
13  vs.                         )  FOR DEFENDANT
                                )
14                              )
    HUGO GRENADOS GARCIA,       )
15                              )
          Defendants.           )
16  _____)

17        IT IS HEREBY STIPULATED by and between defendant HUGO

18  GRENADOS GARCIA, through his attorney, ROBERT L. FORKNER,

19  and plaintiff United States of America, through its counsel

20  of record, Assistant United States Attorney KAREN ESCOBAR,

21  hereby stipulate and request the following:

22       1.   The presently scheduled status hearing date of

23  March 2, 2009, at 9:00 a.m., in court room 2 before the

24  HONORABLE ANTHONY W. ISHII shall be moved to April 20, 2009

25  at 9:00 a.m.

26       2.   The defense has requested the continuance in order

27

28                                1
```

to permit a complete review of the Government's plea offer with the defendant, which is needed to be completed before further scheduling of this case.

    3.  The parties further request that time be excluded to and through that date in order to allow the defense to adequately prepare for the hearing in this case, in that the ends of justice served by a continuance "outweigh the best interests of the public and the defendant in a speedy trial." See 18 U.S.C. § 3161(h)(8).

```
DATED: February 26, 2009      /s/ ROBERT L. FORKNER
                              Attorney for Defendant
                              HUGO GRENADOS GARCIA


DATED: February 26, 2009      /s/ KAREN ESCOBAR
                              Assistant US Attorney
                              KAREN ESCOBAR
```

## ORDER

IT IS HEREBY ORDERED that the status hearing be continued to April 20, 2009 at 9:00 a.m., in court room 2 for the defendant HUGO GRENADOS GARCIA. That the time period between March 2, 2009 and April 20, 2009 be excluded from the Speedy Trial Clock as the Court finds that the ends of justice served by a continuance "outweigh the best interests of the public and the defendant in a speedy trial." See 18 U.S.C. § 3161(h)(8).

**IT FURTHER APPEARING** that the continuance would permit the defense to conduct necessary review of the Government's plea offer with the defendant and adequate preparation for the hearing in this case.

IT IS SO ORDERED.

**Dated:  February 27, 2009**           /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE