ROBERT L. FORKNER (CSB# 166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, California 95354
Telephone: (209) 544-0200
Fax:       (209) 544-1860

Attorney for Defendant
HUGO GRENADOS GRACIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:08-CR-86 AWI |
| Plaintiffs, | STIPULATION AND ORDER TO CONTINUE STATUS HEARING FOR DEFENDANT |
| vs. | |
| HUGO GRENADOS GARCIA, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between defendant HUGO GRENADOS GARCIA, through his attorney, ROBERT L. FORKNER, and plaintiff United States of America, through its counsel of record, Assistant United States Attorney KAREN ESCOBAR, hereby stipulate and request the following:

1. The presently scheduled status hearing date of April 27, 2009, at 9:00 a.m., in court room 2 before the HONORABLE ANTHONY W. ISHII shall be moved to May 11, 2009 at 9:00 a.m.

2. The defense has requested the continuance in order

1

to permit a complete review of the Government's plea offer with a certified interpreter and the defendant before further scheduling of this case.

    3.    The parties further request that time be excluded to and through that date in order to allow the defense to adequately prepare for the hearing in this case, in that the ends of justice served by a continuance "outweigh the best interests of the public and the defendant in a speedy trial." See 18 U.S.C. § 3161(h)(8).

DATED: April 23, 2009      /s/ ROBERT L. FORKNER
                                      Attorney for Defendant
                                      HUGO GRENADOS GARCIA

DATED: April 23, 2009      /s/ KAREN ESCOBAR
                                      Assistant US Attorney
                                      KAREN ESCOBAR

## ORDER

    IT IS HEREBY ORDERED that the status hearing be continued to May 11, 2009 at 9:00 a.m., in court room 2 for the defendant HUGO GRENADOS GARCIA. That the time period between April 27, 2009 and May 11, 2009 be excluded from the Speedy Trial Clock as the Court finds that the ends of justice served by a continuance "outweigh the best interests of the public and the defendant in a speedy trial." See 18 U.S.C. § 3161(h)(8).

2

IT FURTHER APPEARING that the continuance would permit the defense to conduct necessary review of the Government's plea offer with a certified interpreter and the defendant for adequate preparation in this case.

IT IS SO ORDERED.

Dated: **April 24, 2009**  /s/ Anthony W. Ishii
CHIEF UNITED STATES DISTRICT JUDGE